# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT W. COTTLE, ESQ., AN INDIVIDUAL; AND THE COTTLE A LAW FIRM, DOING BUSINESS IN NEVADA,
Appellants,
vs.
SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, A FOREIGN LIMITED LIABILITY COMPANY; AND SUMMERLIN HOSPITAL MEDICAL CENTER LIMITED PARTNERSHIP ("SUMMERLIN LP"), A FOREIGN LIMITED PARTNERSHIP, DOING BUSINESS IN NEVADA,
Respondents.

No. 67116

**FILED**

JUN 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND VACATING ORAL ARGUMENT*

Pursuant to the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument of this matter, currently scheduled for June 16, 2016, at 10:00 a.m. in Las Vegas, is therefore vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

cc: Eighth Judicial District Court Dept. 15
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
John H. Cotton & Associates, Ltd.
Eighth District Court Clerk

16-18689